No. 52, Misc. ROBINSON *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *John E. Perkins* and *George M. Johnson* for petitioner.

No. 53, Misc. ROUSSEAU *v.* HURTADO, EXECUTRIX, ET AL. Supreme Court of California. Certiorari denied.

No. 54, Misc. FERNINO *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 55, Misc. WASHINGTON *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 57, Misc. DOVICO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 59, Misc. MOLTON *v.* RANDOLPH, WARDEN. Circuit Court of Sangamon County, Illinois. Certiorari denied.

No. 61, Misc. LEVY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 62, Misc. D'ANGELO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Dan J. Kelly* for respondent.

No. 65, Misc. FLORIDA EX REL. COPELAND *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Cer-